IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11CV129-RLV

| | |
|---|---|
| PRIME CHOICE SERVICES, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| JORDAN GLATT | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion to continue the trial from the November 5, 2012, trial term in the Statesville Division. In this matter, there have been several motion deadlines extended without changing the trial date. Therefore, the Court will continue this matter to the next trial term.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 5, 2012, trial term in the Statesville Division to the January 7, 2013, trial term in the Statesville Division.

Signed: October 11, 2012

Richard L. Voorhees
United States District Judge