IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-129-RLV-DCK

| | | |
|---|---|---|
| **PRIME CHOICE SERVICES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JORDAN GLATT,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a joint "Notice of Settlement" (Document No. 37) on January 4, 2013, notifying the Court that the parties reached mutually agreeable terms of settlement and requesting additional time to finalize an agreement. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 11, 2013**.

Signed: January 9, 2013

David C. Keesler
United States Magistrate Judge